IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01424-PSF-MJW

JILL HIRSCHI,

Plaintiff(s),

v.

NEWCASTLE PROPERTIES, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Motion to File Answer and Jury Demand (docket no. 31), which is unopposed (see docket no. 37), is granted. The tendered Answer and Jury Demand is accepted for filing as of the date of this Minute Order.

Date: November 14, 2006